■ In the Matter of CASINO FREE TYRE, by its President, JAMES DAWLEY, III, et al., Appellants, v TOWN BOARD OF TOWN OF TYRE et al., Respondents. [31 NYS3d 906]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Seneca County (W. Patrick Falvey, A.J.), entered February 1, 2016 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ. 